# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

BETSY ENSTROM, JOHN STANA, and
RANDALL WAGNER, individually and on
behalf of all others similarly situated,

        Plaintiffs,

    v.

SAS INSTITUTE INC., THE BOARD OF
DIRECTORS OF SAS INSTITUTE INC., THE
RETIREMENT COMMITTEE OF SAS
INSTITUTE INC., and JOHN DOES 1-30,

        Defendants.

CASE NO. 5:24-CV-00105-D-RN

**ORDER ON JOINT
MOTION FOR EXTENSION OF
TIME AND MODIFICATION OF
DEADLINES**

This matter came on for determination on the Joint Motion of the Parties for an order extending Defendants' deadline to file their answer, move, or otherwise respond to the current Complaint, and to establish a schedule, as set forth below, for the Plaintiffs to file an amended complaint, for Defendants to respond thereto, and a briefing schedule in the event Defendants file a motion to dismiss such amended complaint. The Court, having considered the Joint Motion, finds good cause for granting it.

IT IS THEREFORE ORDERED that Defendants' time for filing their answer, moving, or otherwise responding to the existing Complaint is hereby extended, and the following deadlines are hereby established for this matter:

- **June 3, 2024**: Plaintiffs' amended complaint
- **July 15, 2024**: Defendants' answer or motion to dismiss
- **August 14, 2024**: Plaintiffs' opposition to motion to dismiss
- **September 4, 2024**: Defendants' reply in support of motion to dismiss

This the __3__ day of May, 2024.

                               _J. Dever_