UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN STANA, individually and on behalf of all others similarly situated and RANDALL WAGNER, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| SAS INSTITUTE INC., THE BOARD OF DIRECTORS OF SAS INSTITUTE, INC., THE RETIREMENT COMMITTEE OF SAS INSTITUTE, INC., and JOHN DOES 1-30, and KATHERINE WILLIAMSON, | ) ) ) ) ) ) | 5:24-CV-105-D-RN |
| Defendants. | ) ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants' motion to dismiss the amended complaint [D.E. 17] and DISMISSES WITHOUT PREJUDICE plaintiffs' amended complaint [D.E. 16].

**This judgment filed and entered on March 3, 2025, and served on:**
Mark Gyandoh (via CM/ECF NEF)
Donald Reavey (via CM/ECF NEF)
Peter Muhic (via CM/ECF NEF)
John Szymankiewicz (via CM/ECF NEF)
Deborah Davidson (via CM/ECF NEF)
Pressly Millen (via CM/ECF NEF)
Jared Killeen (via CM/ECF NEF)
Matthew Russell (via CM/ECF NEF)


                                                    PETER A. MOORE, JR., CLERK
March 3, 2025

                                                     /s/ Lindsay Stouch
                                                    By: Deputy Clerk