# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN STANA and RANDALL WAGNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAS INSTITUTE INC., THE BOARD OF DIRECTORS OF SAS INSTITUTE INC., THE RETIREMENT COMMITTEE OF SAS INSTITUTE INC. and JOHN DOES 1- 30.<br><br>Defendants. | CIVIL ACTION NO.: 5:24-CV-00105-D-RN<br><br>**ORDER** |

This matter came on for determination on the Joint Motion for Entry of Briefing Schedule Regarding Plaintiffs' Motion for Leave to File Second Amended Complaint. The Court, having considered the Joint Motion, finds good cause for granting it.

IT IS THEREFORE ORDERED that the following deadlines are hereby established for this matter:

- Plaintiffs shall file a Motion for Leave to File Second Amended Complaint on April 23, 2025.

- Defendants shall file an opposition brief on May 23, 2025.

- Plaintiffs shall file a reply brief on June 13, 2025.

This the __2__ day of April, 2025.

_____
Honorable James C. Dever, III