UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN STANA and RANDALL WAGNER, )
individually and on behalf of all others )
similarly situated, )
)  CASE NO. 5:24-CV-00105-D-RN
)
Plaintiffs, )
v. )
)
SAS INSTITUTE INC., THE BOARD OF )
DIRECTORS OF SAS INSTITUTE INC., )
THE RETIREMENT COMMITTEE OF )
SAS INSTITUTE INC. and JOHN DOES )
1- 30. )
)
Defendants. )

## ORDER GRANTING JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

This matter came on for determination on Joint Motion for Entry of a Briefing Schedule for Defendants' Motion to Dismiss the Second Amended Complaint. The Court, having considered the Joint Motion, finds good cause for granting it.

IT IS THEREFORE ORDERED that the following deadlines are hereby established for this matter:

a. Defendants will file a motion to dismiss the Second Amended Complaint by September 4, 2025.

b. Plaintiffs shall file an opposition brief by October 2, 2025.

c. Defendants shall file a reply brief by October 23, 2025.

SO ORDERED. This 25 day of July, 2025

JAMES C. DEVER III
United States District Judge