UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BETSY ENSTROM et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| vs. ) | **CASE NO. 5:24-CV-105-D** |
| ) | |
| SAS INSTITUTE INC., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court the court GRANTS defendants' motion to dismiss the second amended complaint [D.E. 36] and DISMISSES WITH PREJUDICE plaintiffs' second amended complaint [D.E. 33]. The clerk SHALL close the case.

This Judgment filed and entered on February 13, 2026, and copies to:
Mark Gyandoh, Donald Reavey, Peter Muhic, john Szynmankieqicz, Deborah Davidson, Pressly Millen, Jared Killeen, Matthew Russell Abigail – via CM/ECF

February 13, 2026

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Amber Harrison
Deputy Clerk